■ MARGARET GALLOZZI, Appellant, v. JOHN GALLOZZI, Respondent, et al., Defendant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ In the Matter of HEBREW NATIONAL KOSHER SAUSAGE CO., INC., Respondent, against HEBREW KOSHER COMPANY, INC., et al., Appellants.— Motion to dismiss appeals granted, without costs, and appeals dismissed, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ In the Matter of SAUL LERNER et al., Appellants, against JOHN C. YOUNG, as Chief Building Inspector of the Town of Hempstead, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. The time for respondents to serve an answer to the petition is extended until ten days after the entry of the order hereon. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See 286 App. Div. 1109.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD DE GROAT, Appellant.— Motion for enlargement of time and for leave to appeal as a poor person denied. Cross motion to dismiss appeal granted. (*People* v. *Fromen*, 308 N. Y. 324; *People* v. *Cannizzaro*, 285 App. Div. 747, 751.) The notice of appeal was served upon the District Attorney more than fifteen years ago. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ MARY TRILLARD, Respondent, v. PEARL HOROWITZ, Doing Business under the Name of CATON NURSING HOME, et al., Appellants, et al., Defendants. — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy and Ughetta, JJ.

■ LORRAINE F. CAPALONE, an Infant, by FRANCES MELI, Her Guardian ad Litem, Respondent, v. NICHOLAS P. CAPALONE, Appellant.— In an action for separation, the appeal is from an order made on January 26, 1955, granting a motion for alimony *pendente lite* and for a counsel fee, and from an order made on February 17, 1955, granting reargument of said motion but adhering to the original decision. Order of February 17, 1955, modified by striking out everything following the word " reargument " in the second ordering paragraph and by substituting in lieu thereof provisions to the effect that the amount fixed in the order of January 26, 1955, for alimony be reduced from $75 a week to $50 a week, that the amount fixed therein as counsel fee be reduced from $750 to $500, and that each of the two payments on account of said counsel fee be reduced from $375 to $250. The amounts awarded as alimony and counsel fee are excessive. The amounts to which we presently reduce said awards are based on the papers in the record before us. At the time of the trial of the action it may be that the facts can be fully developed and that, based thereon, a determination might correctly be made that provision for support of respondent and the issue of the marriage in a judgment, if granted, should be in a different amount. Appeal from order dated January 26, 1955, dismissed, without costs. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.